IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01927-PAB-MLC

KELLIE A. HALL and
GEOFFREY S. HALL, individually on behalf of themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

OCWEN LOAN SERVICING LLC and
OCWEN FINANCIAL CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Stipulation of Dismissal [Docket No. 52] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by plaintiffs and defendants Ocwen Loan Servicing LLC and Ocwen Financial Corporation.

    The stipulation was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the Stipulation of Dismissal, by itself, does not serve to dismiss this action as to the listed parties.

    The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal with prejudice as to plaintiffs' individual claims. Therefore, upon the filing of the Stipulation of Dismissal [Docket No. 52], this action was dismissed with prejudice as to plaintiffs' individual claims and without prejudice as to the rights of any members of the uncertified, putative class.

    This case is closed.

    DATED January 4, 2018.